IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:18-cv-00105

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MELISSA PECK, GEORGE G. RAMSEY, PAUL T. BLUM, individually, and as officers, directors, shareholders, members, and/or principals of DUKENFIELD'S TAVERN, INC. d/b/a Dukenfield's Tavern, and DUKENFIELD'S TAVERN, INC. d/b/a Dukenfield's Tavern, <br><br> Defendants. | ENTRY OF DEFAULT AS TO MELISSA PECK, GEORGE G. RAMSEY, AND PAUL T. BLUM |

THIS CAUSE having come before the undersigned Clerk of the United States District Court for the Eastern District of North Carolina, upon Complaint in the case, and upon application by the Plaintiff JOE HAND PROMOTIONS, INC. through a Motion for Entry of Default, it appearing to the Court that the Defendants MELISSA PECK, GEORGE G. RAMSEY, AND PAUL T. BLUM are in default for failure to appear or serve a response to the Summons and Complaint;

NOW THEREFORE, DEFAULT is hereby entered against Defendants, MELISSA PECK, GEORGE G. RAMSEY, AND PAUL T. BLUM.

This the _16_ day of _November_, 2018.

_____
Clerk, United States District Court