IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:18-cv-00105

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA PECK, GEORGE G. RAMSEY, PAUL T. BLUM, individually, and as officers, directors, shareholders, members, and/or principals of DUKENFIELD'S TAVERN, INC. d/b/a Dukenfield's Tavern, and DUKENFIELD'S TAVERN, INC. d/b/a Dukenfield's Tavern,<br><br>Defendants. | ENTRY OF<br>DEFAULT AS TO DUKENFIELD'S TAVERN, INC. D/B/A DUKENFIELD'S TAVERN |

THIS CAUSE having come before the undersigned Clerk of the United States District Court for the Eastern District of North Carolina, upon Complaint in the case, and upon application by the Plaintiff JOE HAND PROMOTIONS, INC. through a Motion for Entry of Default, it appearing to the Court that the Defendant DUKENFIELD'S TAVERN, INC. d/b/a Dukenfield's Tavern is in default for failure to appear or serve a response to the Summons and Complaint;

NOW THEREFORE, DEFAULT is hereby entered against Defendant, DUKENFIELD'S TAVERN, INC. D/B/A DUKENFIELD'S TAVERN.

This the 16 day of November, 2018.

_____
Clerk, United States District Court