IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:18-cv-00105

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MELISSA PECK, GEORGE G. RAMSEY, PAUL T. BLUM, individually, and as officers, directors, shareholders, members, and/or principals of DUKENFIELD'S TAVERN, INC. d/b/a Dukenfield's Tavern, and DUKENFIELD'S TAVERN, INC. d/b/a Dukenfield's Tavern, <br><br> Defendants. | **ORDER ALLOWING STAY** |

This matter is before the Court on Plaintiff's Motion to Stay proceeding, and it appears to the Court that all parties consent to the Motion to Stay and that good cause exists to grant the Motion.

Therefore, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The foregoing motion to stay is granted, all deadlines related to this matter are stayed, and that Plaintiff will provide a report to the court on the status of the case on or before August 1, 2019.

This the 5th day of December, 2018.

_____
District Judge Louise W. Flanagan

1